UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

PETRA LENNOX,  )   Case No. 2:16-cv-01055-APG-CWH
 )
      Plaintiff, )
 )
  v. )
 )
SHARON WEHRLY, )   **ORDER**
 )
      Defendant. )
 )

Presently before the Court are Plaintiff Petra Lennox's motions to quash (ECF No. 17 and 19). To date, Defendant has not filed a response.

Plaintiff seeks to quash Defendant's notice of deposition of Jason G. Weiner, Esq. Under Local Rule 26-7(c), discovery motions will not be considered unless the movant (1) has made a good-faith effort to meet and confer as defined in LR IA 1-3(f) before filing the motion, and (2) includes a declaration setting forth the details and results of the meet-and-confer conference about each disputed discovery request. Upon review, the Court finds that Defendant has not complied with the above requirements.

IT IS THEREFORE ORDERED that Plaintiff's motions to quash (ECF No. 17 and 19) are DENIED.

DATED: December 22, 2016.

_____
C.W. Hoffman, Jr.
United States Magistrate Judge

1